# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LIONEL HARRIS,**

    **Plaintiff,**

                                  **Civil Action 2:16-cv-888**
**v.**                             **Judge James L. Graham**
                                  **Chief Magistrate Judge Elizabeth P. Deavers**

**AARON SOWERS,** *et al.***,**

    **Defendants.**

## ORDER

Plaintiff is **DIRECTED** to provide written confirmation of his continued intention to seek the assistance of counsel as set forth in his filing of April 29, 2020. (ECF No. 168.) Plaintiff shall file this written confirmation on or before **JANUARY 19, 2021**.

    **IT IS SO ORDERED**.


Date: December 17, 2020                         /s/ *Elizabeth A. Preston Deavers*
                                                    ELIZABETH A. PRESTON DEAVERS
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE